IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JESSICA SOLIS, | ) | |
| | ) | CASE NO. 3:14-cv-00003 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE | ) | COMPLAINT AND JURY DEMAND |
| PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## MOTION FOR WITHDRAW

COMES NOW Eric S. Johnson of Simmons Browder Gianaris Angelides & Barnerd LLC and hereby enters his Motion to Withdraw as counsel in this matter.

Dated:  January 8, 2014                           Respectfully submitted,

                                        */s/ Eric S. Johnson*
                                        Eric S. Johnson (IL #6301759)
                                        SIMMONS BROWDER GIANARIS
                                        ANGELIDES & BARNERD LLC
                                        One Court Street
                                        Alton, IL 62002
                                        (618) 259-2222 (Tel.)
                                        (618) 259-2251 (Fax)
                                        ejohnson@simmonsfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify the foregoing document was electronically filed with the Court's CM/ECF filing system on this 8th day of January, 2014.

*/s/ Eric S. Johnson* _____

Eric S. Johnson